UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

MASON CLASSICAL ACADEMY, INC.,
a Florida non-profit corporation,
KELLY LICHTER, individually, and
DAVID BOLDUC, individually,

    Plaintiffs,

v.

Case No: 2:22-cv-00513-JLB-NPM

LARRY ARNN, individually, HILLSDALE COLLEGE, INC., a Michigan non-profit corporation, JONATHAN D. FISHBANE, individually, ERIKA DONALDS, individually, THE OPTIMA FOUNDATION, INC., a Florida non-profit corporation, MATTHEW MATHIAS, individually, PHOENIX EDUCATION NETWORK, INC., a Florida non-profit corporation, CHRISTOPHER DURST, individually, and CHRISTINE LEWIS, individually, PAMELA VICKARYOUS, individually, BENJAMIN H. YORMAK, individually, BYRON DONALDS, individually, and OPTIMAED, LLC, a Florida limited liability company,

    Defendants.
_____/

### DAVID BOLDUC
### DECLARATION UNDER PENALTY OF PERJURY

1. I am over the age of 18, and I have personal knowledge of the matters set forth herein.

2. My name is David Bolduc, and I a member of Mason Classical Academy', Inc.'s ("MCA") Board of Directors ("MCA Board").

3. I am an unpaid volunteer member of the MCA Board. I am not paid any compensation for my services and I do not profit in any way from MCA's operations.

4. I first contacted Shane B. Vogt, Esq. about the possibility of representing Mason Classical Academy, myself, and/or Kelly Lichter in connection with this matter in the spring of 2022.

5. Over the ensuing months, I worked closely with Mr. Vogt to provide him with documents and information about the facts of this case so that he could evaluate any potential claims and courses of action that MCA, Ms. Lichter, and/or I could possibly pursue as a result of what I have believed since 2019 to be an unlawful conspiracy against me, Mason Classical Academy, and Kelly Lichter, to unlawfully takeover the school and remove us as Governing Board members.

6. The primary goal in exploring and pursuing claims against Larry Arnn, Hillsdale College, Inc., Jonathan D. Fishbane, Erika Donalds, The Optima Foundation, Inc., Byron Donalds, OptimaEd, LLC, Matthew Mathias, Phoenix Education Network, Inc., Christopher Durst, Individually, Christine Lewis, Pamela Vickaryous, Benjamin H. Yormak, is and has always been to stop them from taking over MCA, removing its board members to help takeover the school, and put a stop to their retaliatory actions against us, which have included lawsuits, ethics complaints, false and defamatory statements, and what I consider to be an ongoing campaign of harassment and intimidation designed to force me and Kelly Lichter to resign as MCA board members or manufacture a basis to force our removal as MCA Board members so that Hillsdale and Optima can finally get control over MCA.

7. I carefully reviewed the original Complaint and the First Amended Complaint before they were filed in this action and the facts set forth therein are true and correct.

8. I genuinely believe and have believed since before the inception of this lawsuit that the Defendants participated in an unlawful conspiracy against me, MCA, and Kelly Lichter, to unlawfully takeover the school and remove Ms. Lichter and I as Governing Board members, and then retaliated against us after we stood our ground and refused to let them succeed.

9. Frankly, it would have been much easier for me and my family if I had resigned from MCA. Refusing to do so has cost me not only time and money defending myself against actions taken by the Defendants, but also resulted in significant stress and anxiety and false and defamatory attacks that have caused significant harm to my reputation.

10. However, I do not think that what the Defendants have done to MCA, Ms. Lichter, and me is right and I could not in good conscience quit fighting for MCA or allow the Defendants to succeed in taking over the school, nor allow the Defendants to get away with what they've done to us without putting up as best a fight as I can against them.

11. I did not file this lawsuit or vote to approve the filing of this lawsuit to retaliate against or harass any of the Defendants.

Under penalties of perjury, I declare that I have read the foregoing Declaration Under Penalty of Perjury, and that the facts stated in it are true

DATED: December 8, 2023

                                          */s/ David Bolduc*
                                          DAVID BOLDUC